Cite as 2024 Ark. 125

# SUPREME COURT OF ARKANSAS

IN RE DISTRICT COURT
RESOURCES ASSESSMENT BOARD

**Opinion Delivered:** September 12, 2024

## PER CURIAM

The court appoints the Honorable Karen Whatley, Circuit Judge, Sixth Judicial Circuit, to the District Court Resources Assessment Board. Judge Whatley will replace the Honorable Edwin Keaton, Retired Circuit Judge, whose term expires on April 30, 2026. We express our gratitude to Judge Keaton for his valuable service to this board and congratulate him on his retirement. We thank Judge Whatley for her willingness to serve.

The court reappoints the Honorable Melinda French, District Judge, Twenty-Seventh Judicial District; the Honorable Doug Erwin, Lonoke County Judge; and John Wilkerson, Esq., Arkansas Municipal League General Counsel, whose terms have expired. Judge French's term will expire April 30, 2027. The terms of Judge Erwin and John Wilkerson will expire April 30, 2028. We express our gratitude to these board members for their previous service and for their continued willingness to serve.